MDL 1738

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 1 2 2006

FILED
CLERK'S OFFICE

## DOCKET NO. 1738

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE VITAMIN C ANTITRUST LITIGATION

*Niall Vignoles, et al. v. China Pharmaceutical Group, Ltd., et al.,* N.D. California, C.A. No. 3:06-1654

### CONDITIONAL TRANSFER ORDER (CTO-2)

On February 14, 2006, the Panel transferred two civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, one additional action has been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable David G. Trager.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Trager.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of February 14, 2006, 416 F.Supp.2d 1352 (J.P.M.L. 2006), and, with the consent of that court, assigned to the Honorable David G. Trager.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Catherine D. Maida*

Catherine D. Maida
Acting Clerk of the Panel

**OFFICIAL FILE COPY**

IMAGED JUN 1 3 2006