UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: VITAMIN C ANTITRUST LITIGATION                    MDL No. 1738

ORDER REASSIGNING LITIGATION

Due to the death of the Honorable David G. Trager, the Honorable Raymond Dearie, Chief Judge of the Eastern District of New York, has recommended reassigning this litigation to the Honorable Brian Cogan of that district.

IT IS THEREFORE ORDERED that this litigation is reassigned to the Honorable Brian Cogan for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

FOR THE PANEL

_____
John G. Heyburn II
Chairman